[No. 14559.   Department Two.   April 30, 1918.]

E. J. FOLEY *et al., Appellants,* v. PIERCE COUNTY SCHOOL
DISTRICT No. 10, *Respondent.*[1]

SCHOOLS AND SCHOOL DISTRICTS—ACTIONS AGAINST—"MAINTAIN AN
ACTION"—STATUTES.   Laws 1917, p. 332, providing that no action
shall be commenced or maintained against a school district for non-
contractual acts or omissions of officers or employees relating to
playgrounds, prohibits the plaintiff from prosecuting an appeal
from an adverse judgment, after the taking effect of the law; since
to prosecute an appeal is to maintain an action.

Appeal from a judgment of the superior court for
Pierce county, Clifford, J., entered June 1, 1917, upon
the verdict of a jury rendered in favor of the defend-
ant, in an action for wrongful death.   Affirmed.

*Gordon & Easterday, G. C. Nolte,* and *Carroll A.
Gordon,* for appellants.

*Fred G. Remann, Harry E. Phelps,* and *A. B. Bell,*
for respondent.

PER CURIAM.—This action was begun on the 27th day
of November, 1916, to recover damages for the death
of a minor son of appellants.   A trial resulted in a ver-
dict in favor of the defendant.   Judgment was entered
on the 1st day of June, 1917.   Thus the case presents
a perfect corollary to *Bruenn v. North Yakima School
District No. 7,* 101 Wash. 374, 172 Pac. 569.   To prose-
cute an appeal is to maintain an action.   The case falls
under the bar of the act of 1917, Laws of 1917, p. 332.
Affirmed.

[1]Reported in 172 Pac. 819.